**U.S. District Court [LIVE]**
**Western District of Texas (Austin)**
**CIVIL DOCKET FOR CASE #: 1:14–cv–01103–SS**

Mani v. Sirius International Insurance Corporation et al
Assigned to: Judge Sam Sparks
Case in other court:   201st Judicial District Court, Travis, D–1–GN–14–04704
Cause: 28:1441 Petition for Removal– Insurance Contract

Date Filed: 12/12/2014
Jury Demand: Both
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Venkataramani Mani**     represented by     **Jon Michael Smith**
Jon Michael Smith, Attorney
3305 Northland Drive, Suite 500
Austin, TX 78731
(512)371–1006
Fax: 512/476–6685
Email: jon@jonmichaelsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sirius International Insurance Corporation**     represented by     **Christopher W. Martin**
Martin Disiere Jefferson &Wisdom, L.L.P.
808 Travis St., 20th Floor
Houston, TX 77002
713–632–1700
Fax: 713–222–0101
Email: martin@mdjwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Wayne Pickering**
Martin, Disiere, Jefferson &Wisdom, LLP
808 Travis, 20th Flor
Houston, TX 77002
713–632–1745
Email: pickering@mdjwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Medical Group, Inc.**     represented by     **Christopher W. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Wayne Pickering**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2014 | Ï 1 | NOTICE OF REMOVAL by Sirius International Insurance Corporation (Filing fee $400 receipt number 0542−7055960), filed by Sirius International Insurance Corporation. (Attachments: # 1 Civil Cover Sheet JS–44, # 2 Exhibit Exh. A – Service of process in state court, # 3 Exhibit Exh. B. – Pltf Original Petition in state court, # 4 Exhibit Exh. C – Deft. Sirius Original Answer in state court, # 5 Exhibit Exh. D. – Pltf's demand letter for $165K)(Pickering, Paul) (Entered: 12/12/2014) |
| 12/12/2014 | Ï | Case Assigned to Judge Sam Sparks. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (os) (Entered: 12/15/2014) |
| 12/15/2014 | Ï 2 | CERTIFICATE OF SERVICE by International Medical Group, Inc. *Amended Certificate of Service to* 1 Notice of Removal, (Attachments: # 1 Supplement to Civil Cover Sheet)(Martin, Christopher) Modified on 12/16/2014 (os). (Entered: 12/15/2014) |
| 12/16/2014 | Ï 3 | ORDER that the removing party supplement the record with state court pleadings. Signed by Judge Sam Sparks. (os) (Entered: 12/16/2014) |
| 12/17/2014 | Ï 4 | Order for Scheduling Recommendations/Proposed Scheduling Order due by 2/13/2015. Signed by Judge Sam Sparks. (klw) (Entered: 12/17/2014) |
| 01/06/2015 | Ï 5 | *International Medical Group, Inc.'s Original* ANSWER to Complaint . Attorney Paul Wayne Pickering added to party International Medical Group, Inc.(pty:dft) by International Medical Group, Inc..(Pickering, Paul) (Entered: 01/06/2015) |
| 01/20/2015 | Ï 6 | Proposed Scheduling Order by Sirius International Insurance Corporation. (Attachments: # 1 Proposed Order)(Pickering, Paul) (Attachment 1 replaced on 1/20/2015) (klw). (Entered: 01/20/2015) |
| 01/26/2015 | Ï 7 | SCHEDULING ORDER: ADR Report Deadline due by 4/1/2015, Amended Pleadings due by 6/1/2015, Discovery due by 12/15/2015, Joinder of Parties due by 6/1/2015, Motions due by 1/15/2016. Docket Call set for 8/26/2016 11:00 AM before Judge Sam Sparks, followed by trial in September, 2016. Signed by Judge Sam Sparks. (klw) (Entered: 01/26/2015) |
| 02/02/2015 | Ï 8 | NOTICE *CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE* by Venkataramani Mani (Smith, Jon) (Entered: 02/02/2015) |
| 02/02/2015 | Ï 9 | NOTICE *Concerning Reference to US Magistrate Judge* by Sirius International Insurance Corporation (Pickering, Paul) (Main Document 9 replaced on 2/2/2015) (klw). (Entered: 02/02/2015) |
| 02/10/2015 | ï 10 | Unopposed MOTION to Amend/Correct *for Leave to Amend its Answer* by Sirius International Insurance Corporation. (Attachments: # 1 Exhibit A)(Pickering, Paul) (Entered: 02/10/2015) |
| 02/10/2015 | ï 11 | DEFICIENCY NOTICE to Paul Wayne Pickering: re 10 Unopposed MOTION to Amend/Correct *for Leave to Amend its Answer*. **Proposed Orders are Required when a non−dispositive Motion (or Amended Motion) is filed. DO NOT RE−FILE the entire document. Please, file ONLY the Proposed Order. Use the "ATTACHMENT" event from the menu and LINK the Proposed Order to your Motion. In the Docket Text, type "(Proposed Order)".** (klw) (Entered: 02/10/2015) |

| | | |
|---|---|---|
| 02/11/2015 | 12 | ATTACHMENT *Proposed Order* to 10 Unopposed MOTION to Amend/Correct *for Leave to Amend its Answer* by Sirius International Insurance Corporation. (Pickering, Paul) (Entered: 02/11/2015) |
| 02/11/2015 | 13 | MOTION to Transfer Case *Under 28 U.S.C. 1404(a) to USDC for the Southern District of Indiana Per Forum Selection Clause* by Sirius International Insurance Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Pickering, Paul) (Entered: 02/11/2015) |
| 02/11/2015 | 14 | DEFICIENCY NOTICE to Paul Wayne Pickering: re 13 MOTION to Transfer Case *Under 28 U.S.C. 1404(a) to USDC for the Southern District of Indiana Per Forum Selection Clause*. **The Proposed Order attached to your motion is styled using state court information. Please re−submit ONLY your proposed order, updated with the federal court case information. Use the "ATTACHMENT" event from the menu and LINK the Proposed Order to your Motion. In the Docket Text, type "(Proposed Order)".** (klw) (Entered: 02/11/2015) |
| 02/11/2015 | 15 | ATTACHMENT *Proposed Order* to 13 MOTION to Transfer Case *Under 28 U.S.C. 1404(a) to USDC for the Southern District of Indiana Per Forum Selection Clause* by Sirius International Insurance Corporation. (Pickering, Paul) (Entered: 02/11/2015) |
| 02/12/2015 | 16 | ORDER GRANTING Defendant Sirius International Insurance Corporation's 10 Motion for Leave to file their Amended Answer. Signed by Judge Sam Sparks. (klw) (Entered: 02/12/2015) |
| 02/12/2015 | 17 | AMENDED ANSWER to Complaint by Sirius International Insurance Corporation.(klw) (Entered: 02/12/2015) |
| 03/06/2015 | 18 | ORDER GRANTING Defendants' 13 Motion to Transfer Venue. This action is TRANSFERRED to the United States District Court for the Southern District of Indiana, Indianapolis Division. Signed by Judge Sam Sparks. (klw) (Entered: 03/06/2015) |